UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALICIA BONK,

 Plaintiff,        Hon. Phillip J. Green

v.

             Case No. 1:18-cv-1021

COMMISSIONER OF
SOCIAL SECURITY,

 Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated: April 17, 2019      /s/ Phillip J. Green
             PHILLIP J. GREEN
             United States Magistrate Judge